1

2

3

4

5

6

7

8                      United States District Court

9                    Eastern District of California

10

11

12   David O. Weidert,

13          Petitioner,            No. Civ. S 05-2398 DFL PAN P

14      vs.                        Order

15   James Yates, et al.,

16          Respondents.

17                           -oOo-

18      Petitioner, a state prisoner proceeding without counsel,

19   applied for a writ of habeas corpus pursuant to 28 U.S.C. § 2254

20   and requested leave to proceed in forma pauperis.

21      Examination of the in forma pauperis affidavit reveals

22   petitioner is unable to afford the costs of suit.  Leave to

23   proceed in forma pauperis is granted.  See 28 U.S.C. § 1915(a).

24      A judge "entertaining an application for a writ of habeas

25   corpus shall forthwith award the writ or issue an order directing

26   the respondent to show cause why the writ should not be granted,

1   unless it appears from the application that the applicant or

2   person detained is not entitled thereto." 28 U.S.C. § 2243.

3   Petitioner may be entitled to relief.

4        I therefore grant petitioner's request to proceed in forma

5   pauperis and direct respondent to respond to petitioner's

6   application within 60 days.  See Rule 4, Fed. R. Governing § 2254

7   Cases.  An answer shall be accompanied by any and all transcripts

8   or other documents relevant to the determination of the issues

9   presented in the application.  See Rule 5, Fed. R. Governing

10  § 2254 Cases.  Petitioner's reply, if any, shall be filed and

11  served within 30 days of service of an answer.  If the response

12  to petitioner's application is a motion, petitioner's opposition

13  or statement of non-opposition shall be filed and served within

14  30 days of service of the motion, and respondent's reply, if any,

15  shall be filed within 15 days thereafter.  The Clerk of the Court

16  shall serve a copy of this order together with a copy of

17  petitioner's November 28, 2005, petition for a writ of habeas

18  corpus pursuant to 28 U.S.C. § 2254 on Jo Graves, Senior

19  Assistant Attorney General for the State of California.

20       Dated:  December 1, 2005.

21                         /s/ Peter A. Nowinski
                         PETER A. NOWINSKI
22                         Magistrate Judge

23

24

25

26