IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WEIDERT,

      Petitioner,                      No. CIV S- 05-2398 DFL PAN P

     vs.

JAMES YATES, Warden, et al.,

      Respondents.                <u>ORDER</u>

                              /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. Petitioner challenges a 2005 decision of the California Board of Prison Terms to deny petitioner parole. Petitioner is incarcerated at Pleasant Valley State Prison in Coalinga, California.

        The record reflects that petitioner suffered his underlying criminal conviction in the Fresno County Superior Court. While the Fresno Division of this Court and this division of the court both have jurisdiction, see <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973), the district of confinement is the "proper forum" for this challenge to a denial of parole. See <u>Dunne v. Henman</u>, 875 F.2d 244, 249 (9th Cir. 1989). As noted above, petitioner is confined at a prison facility in Coalinga, California, which is in Fresno County. Fresno County is in an area

1

covered by the Fresno Division of the United States District Court for the Eastern District of California.  See Local Rule 3-120(d).

Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.  This court will not rule on respondents' motion to dismiss.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on respondents' January 30, 2006 motion to dismiss;

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: April 19, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

\004
\weid2398.108